**RECEIVED**

**JUL 1 8 2019**

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

LAWRENCE DAVIS,
Plaintiff

CIVIL ACTION NO. 1:16-CV-1683-P

VERSUS

JUDGE DEE D. DRELL

CHRISTUS ST. FRANCIS
CABRINI HOSPITAL, ET AL.,
Defendants

MAGISTRATE JUDGE PEREZ-MONTES

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Complaints (Docs. 1, 20) are hereby DISMISSED WITHOUT PREJUDICE under Rule 41 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 17th day of July, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE